FILED IN
COURT OF CRIMINAL APPEALS

April 29, 2015

ABEL ACOSTA, CLERK

PD-0473-15

PD-0473-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 4/27/2015 4:57:28 PM
Accepted 4/29/2015 10:25:10 AM
ABEL ACOSTA
CLERK

NO. _____

| | | |
|---|---|---|
| **ANDREW JAVIER SERRANO** | § | **IN THE COURT OF** |
| | § | |
| **VS.** | § | **CRIMINAL APPEALS** |
| | § | |
| **STATE OF TEXAS** | § | **OF TEXAS** |

## MOTION TO EXTEND TIME TO
## FILE PETITION FOR DISCRETIONARY REVIEW

**TO THE HONORABLE JUDGES OF SAID COURT:**

Now comes Andrew Javier Serrano, Appellant in the above styled and numbered cause, and moves for an extension of time of 30 days from filing of this request, i.e. until 5/27/2015 to file a Petition for Discretionary Review, and for good cause shows the following:

1. On 3/13/2015 the 1st Court of Appeals last ruled on appellant's motion for rehearing. <u>Andrew Javier Serrano v. State</u>, 01-13-00975-CR. This petition was therefore due on Monday, 4/13/2015. Under Rule 10.5(b) Appellant may be granted an extension of time if requested within 15 days of the due date for Petition for Discretionary Review, i.e. by 4/28/2015.

2. Counsel has been unable to complete the petition for the following reasons: Appellant's counsel has tried three cases between 3/23/15 and 4/22/15 and is scheduled to try two more cases on 5/4/15 and 5/14/15. In addition Counsel is expecting a decision anytime on a motion for reconsideration from the 9th Court of Appeals, which will require a brief or Petition for Discretionary Review. Counsel

has an eye condition of the vitreous and cataract lens which is slowing his ability to do written work and which will require surgery to remedy. Counsel's schedule has not allowed him time for the surgery or to refrain from wearing contact lenses for 4 weeks pre-surgery, so counsel will be slowed in his ability to prepare written documents and perform related research until the surgery can be performed.

3.      Defendant is currently free on bond.

**WHEREFORE, PREMISES CONSIDERED**, appellant respectfully requests an extension of at least 30 days from this request filing, i.e. until 5/27/2015, to file a petition for discretionary review.

Respectfully submitted,

By:  //s// Bradley Walters

BRADLEY WALTERS
500 E. Harris Ave
Pasadena, TX 77606
Tel: (713) 705-9692
  Fax: 888- 396-5096
  State Bar No. 24053540
  bwalters56@yahoo.com
  Attorney for Andrew Javier Serrano

## CERTIFICATE OF SERVICE

This is to certify that on April 27, 2015, a true and correct copy of the above and foregoing document was served on ADA Alan Curry, District Attorney's Office, Harris County, by electronic transmission to, curry_alan@dao.hctx.net .

//s// Bradley Walters